UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE HULTMAN,<br><br>    Plaintiff,<br><br>v.<br><br>KENNETH W. MATTSON, et al.,<br><br>    Defendants. | Case No. 24-cv-03381-JST<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: ECF No. 19 |

Defendants, and each of them, are ORDERED TO SHOW CAUSE why a preliminary injunction should not issue, preventing Defendants from selling and/or transferring Plaintiff's ownership interest in Divi Divi Tree, LP and Specialty Properties to any other person or entity, during the pendency of this action. Defendants shall file opposition papers on or before June 21, 2024; Plaintiff may file and serve reply papers on or before June 28, 2024; and the hearing on Plaintiff's preliminary injunction request will be held on July 15, 2024 at 9:30 a.m. The hearing will be conducted by video.

Plaintiff shall personally serve a copy of this order and the summons and complaint on all defendants by June 14, 2024, and file proof of service by June 17, 2024.

Plaintiff's request for a temporary restraining order is denied without prejudice.

The Court sets a case management conference on June 25, 2024 at 9:30 a.m. A joint case management statement is due June 24, 2024 at noon.

**IT IS SO ORDERED.**

Dated:  June 10, 2024

                                                                  JON S. TIGAR
                                                                United States District Judge