UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE HULTMAN,<br><br>     Plaintiff,<br><br>v.<br><br>KENNETH W. MATTSON, et al.,<br><br>     Defendants. | Case No. 24-cv-03381-JST<br><br>**ORDER DISMISSING CASE AGAINST SPECIALTY PROPERTIES PARTNERS, LP AND ADMINISTRATIVELY CLOSING CASE**<br><br>Re: ECF No. 86 |

On October 21, 2024, the Court dismissed Plaintiff's claims against Defendants Kenneth W. Mattson and KS Mattson Partners, LP. ECF No. 86 at 9. The Court stayed the case as to Defendants LeFever Mattson, Inc. and Divi Divi Tree, LP pending resolution of their bankruptcy proceedings. *Id.*

For the reasons outlined in that order, the Court also dismisses Plaintiff's Section 10(b) claim against Defendant Specialty Properties Partners, LP ("Specialty Properties") without leave to amend and the remaining state law claims against Specialty Properties without prejudice.

The Clerk shall administratively close the file for this case. If further proceedings become necessary, any party may initiate them in the same manner as if this case had not been administratively closed.

**IT IS SO ORDERED.**

Dated: October 25, 2024

_____
JON S. TIGAR
United States District Judge